**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHER DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

|  |  |  |
|---|---|---|
| **SCOTT PARSONS,** | ) ) ) ) | |
| Plaintiff, | ) ) ) | CASE NO.    18-CV-8506 |
| vs. | ) ) | |
| **SHENZEN FEST TECHNOLOGY CO., Ltd.,** a/k/a Efest power, a/k/a Efest, and Mt. Baker Vapor, LLC, a Limited Liability Company with its principle place of business in Mesa, Arizona | ) ) ) ) ) | |
| Defendants. | ) ) | |

**JOINT INITIAL STATUS REPORT**

1. The Nature of the Case:

    A. **Plaintiff's Counsel**
    Donovan S. Robertson
    100 17th Street, Suite 405, Rock Island, IL 61201
    Telephone: 309-788-0471
    Facsimile: 309-788-0480
    Email: drobertson@sbrlawfirm.law

    **Defendant, Mt. Baker Vapor's Counsel**
    David M. Holmes (lead attorney)
    Christen J. McGlynn
    55 W. Monroe Street, Suite, 3800, Chicago, IL 6060
    Telephone: 312-704-0550
    Email: david.holmes@wilsonelser.com
    Christen.mcglynn@wilsonelser.com

    B. This is a products liability related to an ecigarrette. Plaintiff alleges that a lithium ion battery that he was using in an ecigarrette caught on fire and burned him.

    C.   i. Nature and extent of plaintiff's injury.
         ii. Scope of the defendant's liability as distributor of product.

                iii. Effect of manufacturer's status as a Chinese corporation with no known U.S. facilities.

    D.     Plaintiff seeks money damages to compensate for his injuries.

2.     <u>Jurisdiction</u>.

    A.     No basis for federal questions jurisdiction.

    B.     (1)     The amount in controversy exceeds $75,000.00. Plaintiff's medical bills would justify the $75,000.00 threshold.

            (2)     Scott Parsons is a citizen of the State of Illinois, having been domiciled there for many years preceding the incident. He is currently domiciled in Illinois, and has no intention, presently, of removing himself from Illinois.

            Mt. Baker Vapor LLC is an Arizona corporation with its principal place of business/headquarters in Mesa, Arizona. The LLC has two members. One member is an individual who resides in Arizona and the other is an individual who resides in California.

3.     <u>Status of Service.</u>

Defendant, Shenzen Technology Co., LTD , a/k/a Efest Power, a/k/a Efest, has not been served, proceedings are pending pursuant to the Hague Convention. The Complaint has been translated into Chinese and is in the process of being served upon the defendant.

4.     <u>Consent to Proceed Before a United States Magistrate:</u>

There is **no** consent to a United States Magistrate.

5.     <u>Motions:</u>

    A.     There are no pending motions.
    B.     Defendant has responded to the initial complaint.

6.     <u>Case Plan:</u>

    A.     The Western Division of the Northern District of Illinois does not participate in the MIDP**,** therefore, this is not applicable to the instant case.

            (1) Defendant Mt. Baker Vapor has served Plaintiff with Interrogatories and Requests

            to Produce that lists general discovery needed.
- (2) March 8, 2019
- (3) Written discovery was issued to Plaintiff on 2/5/19 by Defendant, Mt. Baker Vapor.
- (4) September 30, 2019
- (5) December 31, 2019
- (6) Not applicable.
- (7) January 30, 2020

    C.    (1) Jury trial is requested.
          (2) Estimated length of trial 3-4 days.

7. <u>Status of Settlement Discussions:</u>

    A.    No substantial settlement negotiations have taken place.

    B.    Not applicable.

    C.    Parties have not requested a settlement conference.