## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

Scott Parson,                              )
                                           )
       *Plaintiff*,                    )
                                           )   Case No. 18-cv-08506
      v.                             )
                                           )   Magistrate Judge Lisa A. Jensen
Mt. Baker Vapor, LLC et al,                )
                                           )
       *Defendant*.                   )

## ORDER

REPORT AND RECOMMENDATION: A telephonic status conference and motion hearing held on 9/3/2021 on Plaintiff's counsel's motion to withdraw as attorney for Plaintiff [100]. Plaintiff was present in court. The motion to withdraw as attorney for Plaintiff [100] is granted. Plaintiff orally moves to voluntarily dismiss his cause of action. It is this Court's report and recommendation that Plaintiff's oral motion be granted and that the case be dismissed pursuant to Rule 41(a)(2). Any objection to this report and recommendation must be filed by 9/17/2021. See Fed. R. Civ. P. 72(b). The failure to file a timely objection may result in the waiver of objections on appeal. See Provident Bank v. Manor Steel Corp., 882 F.2d 258, 260-61 (7th Cir. 1989). The clerk shall mail a copy of this docket entry to Plaintiff at the address on the docket.

Date: 9/3/2021           By: _____
                              Lisa A. Jensen
                              United States Magistrate Judge