**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| Scott Parsons, | ) | |
|     Plaintiff, | ) | Case No: 18 C 08506 |
| | ) | |
| v. | ) | |
| | ) | Judge Iain D. Johnston |
| Mt. Baker Vapor, LLC et al., | ) | |
| | ) | |
|     Defendants. | ) | |

**ORDER**

Before the Court is Judge Jensen's Report and Recommendation that the plaintiff's oral motion to voluntarily dismiss be granted [102]. Any objection was due 9/17/2021, but none was filed. In light of the plaintiff's oral motion, and the lack of any objection, the Court accepts Judge Jensen's Report and Recommendation [102] and grants the oral motion for voluntary dismissal. This case is dismissed. Civil case terminated.

Date: October 20, 2021    By: _____
    Iain D. Johnston
    United States District Judge